```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X
UNITED STATES OF AMERICA       :
        - v. -                 :   ORDER
ERIC SKYS,                     :
                                   08 Cr. 688 (WHP)
            Defendant.         :
- - - - - - - - - - - - - - - X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/09

The Court, upon hearing an issue raised as to the mental competency of ERIC SKYS, the defendant, it is

ORDERED that a psychiatric or psychological examination of ERIC SKYS, the defendant, will be conducted at a suitable facility (the "Suitable Facility") to be determined by the Bureau of Prisons, for a period of 30 days, in order to evaluate whether SKYS is competent to understand the nature and consequences of the proceedings against him or to assist properly in his defense, pursuant to 18 U.S.C. §§ 4241(b) and 4247(b), and it is further

ORDERED that a report concerning the results of this examination shall be filed with the Court, with copies provided to Meredith S. Heller, Esq., counsel for ERIC SKYS, the defendant, and to Assistant United States Attorney Jonathan R. Streeter, attorney for the Government, pursuant to 18 U.S.C. §§ 4241(b) and 4247(c), and it is further

ORDERED that, following the filing of said report, ERIC SKYS, the defendant, shall be returned to this Court by March 20, 2009, at 2:15 pm for the scheduling of further proceedings

consistent with 18 U.S.C. §§ 4241(c) and 4247(d), and it is further

ORDERED that, to the extent the facility in which ERIC SKYS, the defendant, is presently detained is not a Suitable Facility, the United States Marshals Service shall transport SKYS to a Suitable Facility as soon as practicable, and it is further

ORDERED that time will be excluded from speedy trial calculations under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(1)(A) and 3161(h)(1)(H), from the date of this Order until a determination of ERIC SKYS competency under 18 U.S.C. §§ 4241 and 4247 is rendered by the Court.

DATED:   New York, New York
         January 23, 2009

_____
HONORABLE WILLIAM H. PAULEY III
UNITED STATES DISTRICT JUDGE